# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

___Maurice Botham___,
[You are the PLAINTIFF, print your full name on this line.]

v.

___The State of IN et rel Plainfield Distribution Center___,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

SCANNED at MCF and Emailed on 10-30-20 by MH — 4 pages
(date)  (initials)  (num)

Case Number ___3:20-cv-930___
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Curtis Hill, Attorney General | 402 W. West Washington, Ind, IN |
| 2 | Plainfield Distribution Center Commissary | 737 Moon Road Plainfield, IN |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __2__
2. What is the name and address of your prison or jail? __MCF 3038 West Washington South Bunker Hill, IN__
3. Did the event you are suing about happen there? ● Yes  ○ No, it happened at: _____
4. On what date did this event occur? __Oct 21st 2020__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I Affirm under the Pains & Penalty of Perjury that the below mentioned Claims are true & correct.

On Oct 22nd 2020, I, Maurice Bethuen, ate an entire box of 'Donutsticks' then began to be very Sick. The last 'Stick' I ate is green molded.

- I ordered the Product from offender Commissary and upon Speaking to the 'Unit' about Spoiled items another Offender informed me of the Same fact.

- I have Vomited and had diarreah Since then.

The Box Date States: 2018, and it Shows that's the outdated date as well.

### CONCLUSION

From Eating the outdated items I have gained Diarreah & Vomiting and Severe Stomach Cramps.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**Claims and Facts (continued)**

I also have Produced headaches.

I will keep the Box with its Containments for evidence.

In Good faith I've ordered the Items that there would be No issue upon eating the Items, but has Suffered stomach Cramps, Vomiting, Diarrhea and headaches.

Damages Sought: $500,000 USD

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ○ Before I was confined.
   - ○ While I was confined awaiting trial.
   - ● After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____
   
   _Medical Request forwarded_

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   
   _Take all outdated Items off of the Shelves & Be Audited for the outdated items, Pay the Damages Saght._

[Initial Each Statement]

_MB_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_MB_ I will keep a copy of this complaint for my records.
_MB_ I will promptly notify the court of any change of address.
_MB_ I WILL NOT send more than one copy of any filing to the court.
_MB_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_MB_ I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on ____/____/20____ at _____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Maury Boltman_                                                    _158894_
Signature                                                          Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]