# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MAURICE BOATMAN

    Plaintiff

v.

                                                                 **Civil Action No. 3:20-cv-930**

STATE OF INDIANA, *ex rel Plainfield Distribution Center*;
CURTIS HILL, *Attorney General*; and
PLAINFIELD DISTRIBUTION CENTER, *'commissary'*

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

__ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

__ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

__ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

__ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Chief Judge Jon E. DeGuilio.

DATE: 12/10/2020                           ROBERT N. TRGOVICH, CLERK OF COURT

                                                                by   s/ B. Scheumann_____
                                                                   *Signature of Clerk or Deputy Clerk*